1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorney for Plaintiff
   Arthur Owens

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARTHUR OWENS, | No.  1:16-cv-00305-LJO-BAM |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME FOR ALL DEFENDANTS TO RESPOND TO COMPLAINT IN EXCESS OF 28 DAYS;** [PROPOSED] **ORDER** |
| vs. | |
| INTERSTATE MANAGEMENT COMPANY LLC dba RESIDENCE INN BY MARRIOTT, et al., | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff Arthur Owens, by and through his counsel of record, and Defendants Interstate Management Company LLC dba Residence Inn by Marriott and BRE Newton Hotels Property Owner LLC (collectively "Defendants"), by and through their in-house counsel who is specially appearing on their behalf for the sole purpose of obtaining this extension, that pursuant to Federal Rule of Civil Procedure 6(a) and Local Rule 144(a), Defendants may have to and including May 16, 2016 to file a responsive pleading in this matter. This extension of time is Defendants' first extension and does not alter the date of any event or any deadline already fixed by Court order, but does exceed twenty-eight (28) days.

Date: April 26, 2016                              MOORE LAW FIRM, P.C.

                                                  */s/ Tanya E. Moore*
                                                  Tanya E. Moore
                                                  Attorney for Plaintiff
                                                  Arthur Owens


Date: April 26, 2016                              INTERSTATE MANAGEMENT
                                                  COMPANY LLC DBA RESIDENCE INN
                                                  BY MARRIOTT and BRE NEWTON
                                                  HOTELS PROPERTY OWNER LLC

                                                  */s/ Robert Rubenstein*
                                                  By: Robert Rubenstein
                                                  Specially appearing for Defendants

**ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants, Interstate Management Company LLC dba Residence Inn by Marriott and BRE Newton Hotels Property Owner LLC, shall have to and including May 16, 2016 within which to file a responsive pleading.

IT IS SO ORDERED.

Dated: **April 27, 2016**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE