Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorney for Plaintiff
Arthur Owens


SEYFARTH SHAW LLP
Kristina M. Launey (SBN 221335)
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839
E-mail: klauney@seyfarth.com


Attorneys for Defendants (*Specially Appearing*)
Interstate Management Company LLC
Dba Residence Inn by Marriott, et al.
BRE Newton Hotels Property Owner LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR OWENS, | No. 1:16-cv-00305-LJO-BAM |
| Plaintiff, | **SECOND STIPULATION FOR EXTENSION OF TIME FOR ALL DEFENDANTS TO RESPOND TO COMPLAINT AND TO CONTINUE SCHEDULING CONFERENCE ;** ~~**[PROPOSED]**~~ **ORDER** |
| vs. | |
| INTERSTATE MANAGEMENT COMPANY LLC dba RESIDENCE INN BY MARRIOTT, et al., | |
| Defendants. | |

STIPULATION FOR SECOND EXTENSION OF TIME AND TO CONTINUE SCHEDULING
CONFERENCE; [PROPOSED] ORDER

Page 1

26999205v.1

1	**IT IS HEREBY STIPULATED** by and between Plaintiff Arthur Owens, by and through his counsel of record, and Defendants Interstate Management Company LLC dba Residence Inn by Marriott and BRE Newton Hotels Property Owner LLC (collectively "Defendants"), by and through their attorney who is specially appearing on their behalves, that pursuant to Federal Rule of Civil Procedure 6(a) and Local Rule 144(a), Defendants may have to and including June 17, 2016 to file a responsive pleading in this matter. This extension of time is Defendants' second extension and is requested because Defendants are currently engaging counsel to represent them in this matter, and to allow the parties time to discuss resolution of this matter prior to engaging in litigation.

**THE PARTIES FURTHER STIPULATE AND REQUEST** that the Court therefore also continue the Scheduling Conference currently scheduled for June 1, 2016, to a date at the Court's convenience on or after June 30, 2016.

Date: May 16, 2016                     MOORE LAW FIRM, P.C.

                                       */s/ Tanya E. Moore*
                                       Tanya E. Moore
                                       Attorney for Plaintiff
                                       Arthur Owens


Date: May 16, 2016                     INTERSTATE MANAGEMENT
                                       COMPANY LLC DBA RESIDENCE INN
                                       BY MARRIOTT and BRE NEWTON
                                       HOTELS PROPERTY OWNER LLC


                                       /s/ Kristina M. Launey
                                       By: Kristina M. Launey
                                           Seyfarth Shaw LLP
                                       *Specially appearing for Defendants*

**ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants, Interstate Management Company LLC dba Residence Inn by Marriott and BRE Newton Hotels Property Owner LLC, shall have to and including June 17, 2016 within which to file a responsive pleading.

**IT IS FURTHER ORDERED** that the Scheduling Conference currently scheduled for June 1, 2016, is continued to **July 28, 2016 at 9:00 AM, 2016** before Judge McAuliffe.

**IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated**:   May 17, 2016**           /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE